1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ALFREDO TALAVERA,                 Case No.: 1:23-cv-00595-CDB (PC)

12              Plaintiff,                   **ORDER STRIKING FIRST AMENDED COMPLAINT**

13       v.                                  (Doc. 9)

14   DR. GILL RAVIJOT, et al.,               **ORDER DIRECTING PLAINTIFF TO FILE A SIGNED FIRST AMENDED COMPLAINT WITHIN THIRTY (30) DAYS**

15              Defendants.

16

17

18        Plaintiff Jose Alfredo Talavera is proceeding pro se and *in forma pauperis* in this civil

19   rights action pursuant to 42 U.S.C. § 1983.

20        **I.     RELEVANT BACKGROUND**

21        Plaintiff initiated this action with the filing of his complaint on April 18, 2023. (Doc. 1.)

22        On June 12, 2023, this Court issued its First Screening Order. (Doc. 8.) The Court found

23   Plaintiff stated a cognizable Eighth Amendment deliberate indifference to serious medical needs

24   claim against Defendant Gill and cognizable Eighth Amendment excessive force claims against

25   Defendants Ramirez, Navarro and Geston, but that Plaintiff's complaint failed to state any other

26   cognizable claim against any other defendant. (*Id*. at 5-14.) As a result, within 21 days of the date

27   of service of that order, Plaintiff was directed to elect one of the following options: (1) notify the

28   Court in writing that he did not wish to file a first amended complaint and was willing to proceed

1    only on the claims found cognizable by the Court with the remaining claims against any

2    defendant to be dismissed; or (2) file a first amended complaint curing the deficiencies identified

3    by the Court in the screening order; or (3) file a notice of voluntary dismissal. (*Id*. at 15.)

4           On June 12, 2023, Plaintiff filed an amended complaint. (Doc. 9.)

5    **II.     DISCUSSION**

6           A review of Plaintiff's first amended complaint reveals it is not signed. (*See* Doc. 9 at 7.)

7           Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all

8    filed pleadings, motions and papers be signed by at least one attorney of record or by the party

9    personally if the party is unrepresented. *See* Fed. R. Civ. P. 11(a); Local Rule 131(b).

10   Additionally, in this Court's First Informational Order In Prisoner/Civil Detainee Civil Rights

11   Case, issued April 19, 2023, Plaintiff was advised: "Each document submitted for filing must

12   include the **original signature** of the filing party. Local Rule 131; Fed., R. Civ. P. 11(a).

13   Documents submitted without the required signature may be stricken." (*See* Doc. 3 at 2, emphasis

14   in original.)

15          Because the amended complaint is not signed by Plaintiff, the Court must strike it from

16   the record. Fed. R. Civ. P. 11(a). Plaintiff will be permitted an opportunity to file a signed first

17   amended complaint, within 30 days of the date of this order, that complies with the Federal Rules

18   of Civil Procedure and the Local Rules.

19   **III.    CONCLUSION AND ORDER**

20          Accordingly, **IT IS HEREBY ORDERED** that:

21   1.   The first amended complaint filed June 12, 2023 (Doc. 9) is **STRICKEN**;

22   2.   **Within thirty (30) days** of the date of service of this order, Plaintiff **SHALL** file a

23        signed first amended complaint; and

24

25                          *Remainder of This Page Intentionally Left Blank*

26

27

28

2

3. The Clerk of the Court is **DIRECTED** to serve a blank civil rights complaint form
   with this order.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

_____
UNITED STATES MAGISTRATE JUDGE