UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO TALAVERA,<br><br>Plaintiff,<br><br>v.<br><br>DR. GILL RAVIJOT, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00595-JLT-CDB (PC)<br><br>ORDER DENYING PLAINTIFF'S CONSTRUED MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 37) |

Plaintiff Jose Alfredo Talavera ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the Court is a document filed by Plaintiff on June 2, 2025, titled "motion for default judgment." (Doc. 37). It is signed and dated May 25, 2025. In his filing, Plaintiff states that "[n]one of the defendants have yet to respond to the Court's Order, and violated the May 19, 2025 deadline set by the court." Plaintiff provides that there "was also causation about Rule 4" and the Defendants "[have] still failed to respond." Plaintiff requests entry of default on all Defendants pursuant to Federal Rule of Civil Procedure 55. (Doc. 37 at 1).

The Court will construe Plaintiff's filing, more properly, as a request for entry of default by the Clerk of the Court as any motion for default judgment must be preceded by entry of default, which has not occurred here. *See* Fed. R. Civ. P. 55. Moreover, contrary to Plaintiff's assertion, all Defendants excluding Ravijot Gill have filed an answer. *See* (Doc. 30). The deadline of May 19, 2025, for filing of Defendant Gill's responsive pleading was set by the Court in the event that the California Department of Corrections and Rehabilitation ("CDCR") elected to represent

Defendant Gill and filed a waiver of service of process on his behalf. *See* (Doc. 31 at 2). Subsequently, the CDCR stated it will not represent Defendant Gill nor waive service on his behalf (*see* Docs. 34, 35) and the Court thereafter directed the United States Marshal Service ("USMS") to effect service of process on Defendant Gill. (Doc. 36). Service is currently underway.

As a result, default is inapplicable for Defendants Geston, Kairis, Navarro, Ramirez, and Rodriguez, as they have answered the second amended complaint, and it is premature as to Defendant Gill, for which there is no proof of service as yet on file from the USMS.

### Conclusion and Order

Accordingly, IT IS HEREBY ORDERED that Plaintiff's construed request for entry of default (Doc. 37) is DENIED.

IT IS SO ORDERED.

Dated:   **June 16, 2025**

UNITED STATES MAGISTRATE JUDGE