1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ALFREDO TALAVERA,                    Case No.: 1:23-cv-00595-JLT-CDB (PC)

12              Plaintiff,                     ORDER REFERRING CASE TO POST-
                                               SCREENING ADR AND STAYING CASE
13         v.                                  FOR 120 DAYS

14   DR. GILL RAVIJOT, *et al.*,               **45-DAY DEADLINE**

15              Defendants.

16

17         Plaintiff Jose Alfredo Talavera ("Plaintiff") is a state prisoner proceeding pro se and *in*

18   *forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  (Docs. 1, 7, 15).

19   As set forth in its screening order, the Court has found that Plaintiff states at least one cognizable

20   claim for relief.  (Docs. 18, 20).  On May 5, 2025, and September 24, 2025, Defendants filed

21   answers to Plaintiff's complaint.  (Docs. 30, 40).

22         The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute

23   Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively.  In

24   appropriate cases, defense counsel from the California Attorney General's Office have agreed to

25   participate in ADR.  No claims, defenses, or objections are waived by the parties' participation.

26         The Court, therefore, STAYS this action for 120 days to allow the parties to investigate

27   Plaintiff's claims, meet and confer, and participate in early settlement conference.  The Court

28   presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a

1    settlement conference.    However, if, after investigating Plaintiff's claims and meeting and

2    conferring, either party finds that a settlement conference would be a waste of resources, the party

3    may opt out of the early settlement conference.  Accordingly, the Court HEREBY ORDERS:

4          1.  This action is **STAYED for 120 days** to allow the parties an opportunity to settle their

5             dispute before the discovery process begins.  No pleadings or motions may be filed in

6             this case during the stay.  The parties shall not engage in formal discovery, but they may

7             engage in informal discovery to prepare for the settlement conference.

8          2.  **Within 45 days** from the date of this order, the parties SHALL file the attached notice,

9             indicating their agreement to proceed to an early settlement conference on their belief

10            that settlement is not achievable at this time.

11         3.  **Within 60 days** from the date of this order, the assigned Deputy Attorney General Shall

12            contact the undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to

13            schedule the settlement conference, assuming the parties agree to participate in an early

14            settlement conference.

15         4.  If the parties reach a settlement during the stay of this action, they SHALL file a Notice

16            of Settlement as required by Local Rule 160.

17         5.  The Clerk of the Court SHALL serve via email copies of Plaintiff's operative second

18            amended complaint (Doc. 15), the Court's screening order (Docs. 18, 20), and this order

19            to    Supervising    Deputy    Attorney    General    Deborah    B.    Wadleigh

20            (deborah.wadleigh@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean

21            Park.

22         6.  The parties are obligated to keep the Court informed of their current addresses during

23            the stay and the pendency of this action.  Changes of address must be reported promptly

24            in a Notice of Change of Address.  *See* L.R. 182(f).

25   IT IS SO ORDERED.

26     Dated:    **September 25, 2025**    _____

27                                  UNITED STATES MAGISTRATE JUDGE

28

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ALFREDO TALAVERA,                     Case No. 1: 23-cv-00595-JLT-CDB (PC)

12                    Plaintiff,                 NOTICE REGARDING EARLY
                                                 SETTLEMENT CONFERENCE
13           v.

14    DR. GILL RAVIJOT, *et al.*,

15                    Defendants.

16

17     1.  The party or counsel agrees that an early settlement conference would be productive and

18         wishes to engage in an early settlement conference.

19               Yes _____          No _____

20

21     2.  Plaintiff (check one):

22               _____ would like to participate in the settlement conference in person.

23               _____ would like to participate in the settlement conference by telephone or video

24               conference.

25

26    Dated:

27                                              _____
                                                Signature
28                                              Plaintiff or Counsel for Defendant